**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
JIMMY DUNCAN,                 )
                              )
       Plaintiff,             )
                              )
   v.                         )   Civil Action No. 01-2360 (GK)
                              )
WASHINGTON METROPOLITAN AREA  )
TRANSIT AUTHORITY,            )
                              )
       Defendant.             )
_____)
```

## O R D E R

Plaintiff, Jimmy Duncan, a Maryland resident, brings this action against the Washington Metropolitan Area Transportation Authority alleging unlawful employment discrimination in violation of Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794. This matter is currently before the Court on Defendant's Motion for Summary Judgment [Dkt No. 37]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment is **granted.**


April 4, 2006                     /s/_____
                                  Gladys Kessler
                                  U.S. District Judge

**Copies to**: **Attorneys of record via ECF**